IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS FOLGIA, et al.,

    Plaintiffs,

v.

RED ROOF INNS, INC., et al.,

    Defendants.

CIVIL ACTION
NO. 12-2885

## ORDER

**AND NOW**, this 17th day of January 2013, upon consideration of Defendants Red Roof Inns, Inc. and Red Roof Services, Inc.'s Motion to Dismiss Plaintiffs' Complaint (Doc. No. 4), Plaintiffs Thomas Folgia and Bonnie Folgia's Motion for Change of Venue to the Southern District of Florida (Doc. No. 9), Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss (Doc. No. 10), Defendants' Reply in Further Support of the Motion to Dismiss (Doc. No. 12), Defendants' Response in Opposition to the Motion for Change of Venue (Doc. No. 14), Defendants' Supplemental Memorandum (Doc. No. 17), Plaintiffs' Supplemental Memorandum (Doc. No. 22), and the arguments of counsel at the November 13, 2012 hearing, it is **ORDERED** as follows:

    1.    Defendants' Motion to Dismiss (Doc. No. 4) is **GRANTED**.

    2.    Plaintiffs' Motion for Change of Venue (Doc. No. 9) is **DENIED**.

    3.    Any outstanding motions are **DENIED AS MOOT**.

    4.    The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.